A. Y. Hampton and J. F. Fender, Plaintiffs in Error, v. First National Bank of Perry, Florida, a Corporation, Defendant in Error.

(Supreme Court of Florida, *En Banc*, May 18, 1909.)

Writ of error to Circuit Court, Taylor county; Bascom H. Palmer, Judge.

No appearance for the plaintiffs in error.

W. B. Davis, for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff and the defendants take writ of error. Writ of error dismissed on motion of counsel for the defendant in error.